## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00843

BRADLEY A. PETERSON,

    Plaintiff,

v.

UNITED RENTALS (NORTH AMERICA), INC. d/b/a UNITED RENTALS,

    Defendant.

## ENTRY OF APPEARANCE OF ANDREW C. QUISENBERRY

    Andrew C. Quisenberry of Bachus & Schanker, LLC hereby certifies that he is a member in good standing of the bar of this court, and enters his appearance as counsel of record on behalf of Bradley A. Peterson.

Dated: April 14, 2016

    Respectfully submitted,

    *s/ Andrew C. Quisenberry*

    Andrew C. Quisenberry, Esq.
    Bachus & Schanker, LLC
    1899 Wynkoop Street, Suite 700
    Denver, CO 80202
    303-893-9800
    Andrew.Quisenberry@coloradolaw.net

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of April, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE OF ANDREW C. QUISENBERRY** via the CM/ECF system which will send notification of such filing to all counsel of record:

    *s/ Chad A. Brockman*
    Chad A. Brockman, Paralegal